UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SHANNON RILEY,

    Petitioner,

  v.

MARTIN BITER,

    Respondent.

Case No. 15-cv-5767-TEH

ORDER OF TRANSFER

    This is a habeas case filed pro se by a state prisoner. He seeks review of a prison disciplinary finding that resulted in the loss of time credits. The disciplinary finding occurred when Petitioner was incarcerated in this district. However, Petitioner is now at Kern Valley State Prison which is located in the Eastern District of California.[1]

    Venue is proper in a habeas action in either the district of confinement or the district of conviction, 28 U.S.C. § 2241(d); however, the district of confinement is the preferable forum to review the execution of a sentence, such as the loss of time credits. Habeas L.R. 2254-3(a); Dunne v. Henman, 875 F.2d 244, 249 (9th Cir. 1989). Because Petitioner is now confined in the Eastern District of California and challenging the execution of

---

[1] The disciplinary finding occurred in 2009 and 2010, so it is possible this petition is untimely, but that should be raised in the Eastern District.

1  his sentence, pursuant to 28 U.S.C. § 1404(a) and Habeas L.R.
2  2254-3(b), and in the interests of justice, this action is
3  TRANSFERRED to the United States District Court for the Eastern
4  District of California.  The Clerk shall terminate all pending
5  motions.
6        IT IS SO ORDERED.
7  Dated: 01/11/2016
8                                    _____
9                                    THELTON E. HENDERSON
                                     United States District Judge
10
11 G:\PRO-SE\TEH\HC.15\Riley5767.trn.docx

*United States District Court / Northern District of California*